# First District Court of Appeal
## State of Florida

_____

No. 1D18-734
_____

JOVAN HOWARD,

Appellant,

v.

THE FLORIDA DEPARTMENT OF
CORRECTIONS, Julie L. Jones,
Secretary,

Appellee.

_____

On appeal from the Circuit Court for Columbia County.
Andrew J. Decker, III, Judge.

June 25, 2018

PER CURIAM.

AFFIRMED.

ROBERTS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jovan Howard, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Amanda D. Stokes, Assistant Attorney General, Tallahassee; Kenneth S. Steely, General Counsel, Department of Corrections, Tallahassee, for Appellee.